CHIEF JUSTICE
 Rogelio Valdez

JUSTICES
 Linda Reyna Yañez
 Nelda V. Rodriguez
 Dori Contreras Garza
 Gina M. Benavides
 Rose Vela

CLERK
 Dorian E. Ramirez
 | |
 Nueces County Courthouse
 901 Leopard, 10th Floor
 Corpus Christi, Texas 78401
 361-888-0416 (Tel)
 361-888-0794 (Fax)

 Hidalgo County
 Administration Bldg.
 100 E. Cano, 5th Floor
 Edinburg, Texas 78539
 956-318-2405 (Tel)
 956-318-2403 (Fax)

 www.13thcoa.courts.state.tx.us | |
| |Court of Appeals | |
| |Thirteenth District of Texas | |

 March 19, 2009

TO ALL ATTORNEYS OF RECORD:

 Re: Cause No. 13-08-00394-CR
 Tr.Ct.No. 05-CR-1688-F
 LEE RAY GARCIA
 v.
 THE STATE OF TEXAS

Dear Attorneys:

 The appeal in the above cause was this day DISMISSED by this Court. Copies of the memorandum
opinion and judgment are enclosed.

 In addition, the appellant’s motion to withdraw as counsel, previously carried with the case,
was this day GRANTED.

 Very truly yours,

 Dorian E. Ramirez, Clerk

DER:sdb
Enclosures

cc: Hon. David Fast
 Hon. Carlos Valdez
 214th District Court
 Hon. Patsy Perez, District Clerk
 Hon. J. Manuel Banales, Presiding Judge, Fifth Administrative Judicial Region

 COURT OF APPEALS

 Thirteenth District

 Corpus Christi - Edinburg, Texas

 Below is the JUDGMENT in the numbered cause set out herein to be Filed and Entered in the
Minutes of the Court of Appeals, Thirteenth District of Texas, at Corpus Christi - Edinburg, as of
the 19th day of March, 2009. If this Judgment does not conform to the opinion handed down by the
Court in this cause, any party may file a Motion for Correction of Judgment with the Clerk of this
Court.

CAUSE NO. 13-08-00394-CR (Tr.Ct.No. 05-CR-1688-F)

LEE RAY GARCIA, Appellant,

 v.

THE STATE OF TEXAS, Appellee.

 On appeal to this Court from Nueces County, Texas.

 * * * * * * *

 JUDGMENT

On appeal from the 214th District Court of Nueces County, Texas, from a judgment signed June 10,
2008. Memorandum Opinion Per Curiam. Do not publish. Tex. R. App. P. 47.2(b).

THIS CAUSE was submitted to the Court on March 18, 2009, on the record and the trial court’s
findings. The Court, having considered the documents on file, is of the opinion that the appeal
should be dismissed. Accordingly, the appeal is hereby DISMISSED.

It is further ordered that this decision be certified below for observance.

 * * * * * * *
 DORIAN E. RAMIREZ, CLERK
| | | |
|CHIEF JUSTICE | |Nueces County Courthouse |
|Rogelio Valdez | |901 Leopard, 10th Floor |
| | |Corpus Christi, Texas 78401 |
|JUSTICES | |361-888-0416 (Tel) |
|Linda Reyna Yañez | |361-888-0794 (Fax) |
|Nelda V. Rodriguez | | |
|Dori Contreras Garza | |Hidalgo County |
|Gina M. Benavides | |Administration Bldg. |
|Rose Vela | |100 E. Cano, 5th Floor |
| | |Edinburg, Texas 78539 |
|CLERK | |956-318-2405 (Tel) |
|Dorian E. Ramirez | |956-318-2403 (Fax) |
| | | |
| | |www.13thcoa.courts.state.tx.us |
| |Court of Appeals | |
| |Thirteenth District of Texas | |

 July 6, 2009

Hon. Patsy Perez
District Clerk
Nueces County Courthouse
901 Leopard Street, Suite #313
Corpus Christi, TX 78401

RE: Cause Number: 13-08-00394-CR
 Tr. Ct. Number: 05-CR-1688-F
 Style: LEE RAY GARCIA v. THE STATE OF TEXAS
 DOB: 09/15/79; DPS: N/A; SID: 10089565; Race: Hispanic; Gender: Male

Dear Ms. Perez:

The appeal in the above cause was DISMISSED by this Court on the 19th day of March, 2009. The
mandate is enclosed.

Tex R. App. P. 51.2(a)(1) provides that the clerk of the trial court shall send an acknowledgment to
the clerk of the appellate court of the receipt of the mandate. Please review the requirements of
Tex. R. App. P. 51.2(b) regarding the issuance of a capias in cases in which the trial court’s
judgment is affirmed and the defendant is not in custody.

Please sign the attached acknowledgment of receipt of the mandate and return the same to this office
as soon as possible.

 Respectfully submitted,

 Dorian E. Ramirez, Clerk

DER:sdb
Enclosure

cc: Hon. David Fast
 Hon. Carlos Valdez

I hereby acknowledge receipt of the mandate in cause no. 13-08-00394-CR this ________ day of
_________________, 2009.

 District Clerk, ________________ County

 By:_____________________

 M A N D A T E

TO THE 214TH DISTRICT COURT OF NUECES COUNTY, GREETINGS:

Before our Court of Appeals for the Thirteenth District of Texas, on the 19th day of March, 2009,
the cause upon appeal to revise or reverse your judgment between

LEE RAY GARCIA, Appellant,

 v.

THE STATE OF TEXAS, Appellee.

CAUSE NO. 13-08-00394-CR (Tr.Ct.No. 05-CR-1688-F)

was determined; and therein our said Court made its order in these words:
MINUTES
vol/page
20/130

On appeal from the 214th District Court of Nueces County, Texas, from a judgment signed June 10,
2008. Memorandum Opinion Per Curiam. Do not publish. Tex. R. App. P. 47.2(b).

THIS CAUSE was submitted to the Court on March 18, 2009, on the record and the trial court’s
findings. The Court, having considered the documents on file, is of the opinion that the appeal
should be dismissed. Accordingly, the appeal is hereby DISMISSED.

It is further ordered that this decision be certified below for observance

 * * * * * * *

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Thirteenth
District of Texas, in this behalf, and in all things have it duly recognized, obeyed and executed.

WITNESS, the Hon. Rogelio Valdez, Chief Justice of our Court of Appeals, with the seal thereof
affixed, at the City of Edinburg, Texas, this the 6th day of July, 2009.

 DORIAN E. RAMIREZ, CLERK

 By: ________________________________
 DEPUTY CLERK

-----------------------
[pic]

[pic]